NOTICE: NOT FOR PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION DOES NOT CREATE
LEGAL PRECEDENT AND MAY NOT BE CITED EXCEPT AS AUTHORIZED.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

---

STATE OF ARIZONA, *Respondent,*

*v.*

GILBERTO AYALA, *Petitioner.*

No. 1 CA-CR 13-0120 PRPC
FILED 05-29-2014

---

Petition for Review from the Superior Court in Maricopa County
No. CR2005-012424-001
The Honorable Warren J. Granville, Judge

**REVIEW GRANTED; RELIEF DENIED**

---

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*


Gilberto Ayala, San Luis
*Petitioner*

---

## MEMORANDUM DECISION

Judge Patricia A. Orozco delivered the decision of the Court, in which Presiding Judge John C. Gemmill and Judge Peter B. Swann joined.

---

**O R O Z C O**, Judge:

**¶1** Petitioner Gilberto Ayala petitions this court for review from the dismissal of his petition for post-conviction relief. For the reasons stated below, we grant review and deny relief.

**¶2** A jury convicted Ayala of reckless manslaughter and the trial court sentenced him to fifteen years' imprisonment. We affirmed his conviction and sentence on direct appeal. *State v. Ayala*, 1 CA-CR 06-0525 (Ariz. App. Oct. 2, 2007). Ayala now seeks review of the summary dismissal of a pleading the trial court properly treated as his second petition for post-conviction relief pursuant to Arizona Rule of Criminal Procedure 32.3. We have jurisdiction pursuant to Arizona Rule of Criminal Procedure 32.9(c).

**¶3** We deny relief. Ayala raised or could have raised all of the issues he presents for review on direct appeal and/or in his prior petition for post-conviction relief. Any claim a defendant raised or could have raised on direct appeal or in an earlier post-conviction relief proceeding is precluded. Ariz. R. Crim. P. 32.2(a). None of the exceptions under Rule 32.2(b) apply.

**¶4** Thus, we grant review but deny relief.



**Ruth A. Willingham** · Clerk of the Court
F I L E D : gsh